**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      William Douglas Law v. The State of Texas

Appellate case number:   01-12-00694-CR

Trial court case number:  1354133

Trial court:                     180th District Court of Harris County

A supplemental clerk's record complying with our order of abatement has been filed in this Court. Therefore, we order the appeal **reinstated**.

The Clerk of this Court is directed to enter Ted Doebbler in the Court's records as appellant's attorney on appeal.

The complete record has been filed in this Court. Appellant's brief is due 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief will be due 30 days from the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Justice Rebeca Huddle
                      ☑   Acting individually      ☐   Acting for the Court


Date:  October 19, 2012